**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GARY ALEXANDER C.,

                Plaintiff,                22 **CIVIL** 7443 (GRJ)

     -v-                                     **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 18, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 21) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 23) is DENIED; and this case is REMANDED for calculation of benefits; accordingly, the case is closed.

**Dated:** New York, New York
          September 18, 2023

                                                          **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                                  **BY:**     *K. Mango*

                                                            **Deputy Clerk**